**Order entered December 20, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00635-CR

**JOHN DWAYNE FULLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-54867-T**

## ORDER

The clerk's record reflects appellant is indigent, is represented by counsel, and has requested the reporter's record. The reporter's record was due on September 14, 2018. After we notified court reporter Trashuna Salaam that it was past due, Ms. Salaam filed a request for extension of time, making the reporter's record due November 16, 2018. To date, we have not received the reporter's record nor have we had any communication from Ms. Salaam.

We **ORDER** the complete reporter's record filed **BY JANUARY 9, 2019**. We caution Ms. Salaam that the failure to do so will result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Livia Liu Francis, Presiding Judge, 283rd Judicial District Court; Trashuna Salaam, court reporter, 283rd Judicial District Court; and to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE